**Opinion issued February 26, 2015**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-15-00031-CV

————————————

**DAVID SEMIEN, Appellant**

**V.**

**RESCAR COMPANIES, INC., Appellee**

---

**On Appeal from the 128th District Court**
**Orange County, Texas**
**Trial Court Case No. A-130298-C**

---

## MEMORANDUM OPINION

The parties have filed a "Stipulation of Dismissal of Appeal with Prejudice," in which the parties state that they have "resolved the dispute" and in which appellant, David Semien, requests that the appeal be dismissed. We construe the parties' filing as a motion to dismiss the appeal. No opinion has issued.

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.